IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH GUARRASI *et al.*

v. : CIVIL ACTION NO. 07-5475

DIANE E. GIBBONS *et al.*

## ORDER

**AND NOW**, this 3 day of February, 2011, upon careful consideration of plaintiff Joseph Guarrasi's appeal of costs and defendant Thomas G. Gambardella's opposition thereto, **IT IS HEREBY ORDERED** that the judgment entered in favor of Thomas G. Gambardella, and against Joseph Guarrasi, in the amount of $742.25 (docket no. 191) is **AFFIRMED**.

William H. Yohn Jr., Judge